CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 21 2014
JULIA C. _____, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ROGER L. HORTON, | ) | Civil Action No. 7:14-cv-00129 |
|    Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | By:   Hon. James C. Turk |
| CLARKE, | ) |        Senior United States District Judge |
|    Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This __19th__ day of April, 2014.

_/s/ James C. Turk_
Senior United States District Judge